## The Indianapolis, Bloomington and Western R. W. Co. *v.* Kostanzer.

Supreme Court.—*Brief.—Dismissal of Appeal.*—A failure by the appellant, on appeal to the Supreme Court, to file a brief within the time required by the rules of that court, is ground for dismissing the appeal.

From the Montgomery Circuit Court.

Perkins, J.—This case was submitted by the appellee, on the 24th day of May, 1876.

No brief has been filed by either party.

The appeal is dismissed, with costs.